IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:24-CR-100 |
| Plaintiff, | : | |
| v. | : | INFORMATION |
| SARAH LANDESS, | : | 18 U.S.C. § 111 |
| | : | 18 U.S.C. §§ 7 & 13 |
| Defendant. | : | O.R.C. § 2917.11(A)(1) |
| | : | O.R.C. § 2921.331(A) |
| | : | O.R.C. § 4511.19(A)(1)(h) |

---

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

(18 U.S.C. § 111)

On or about October 10, 2024, in the Southern District of Ohio, on Wright Patterson Air Force Base, the Defendant, **SARAH LANDESS**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in section 1114 of Title 18 of the United States Code while that person, an individual with the initials "T.H.," was engaged in and on account of the performance of official duties.

In violation of 18 U.S.C. § 111.

## COUNT 2

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(1))

On or about October 10, 2024, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **SARAH LANDESS**, while in the presence of a law enforcement officer, did recklessly cause

inconvenience, annoyance, and alarm to another by engaging in fighting, in threatening harm to persons or property, or in violent or turbulent behavior.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(1).

## COUNT 3

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(A))

On or about October 10, 2024, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **SARAH LANDESS**, failed to comply with the lawful order or direction of any police officer invested with authority to direct, control, or regulate traffic.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(A).

## COUNT 4

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(h))

On or about October 10, 2024, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **SARAH LANDESS**, did at the time of operation, operate a vehicle within this state, while having a concentration of seventeen-hundredths of one gram or more by weight of alcohol per two hundred ten liters of the said Defendant's breath.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4511.19(A)(1)(h).

KENNETH L. PARKER
United States Attorney

JAMES W. KITCHEN
Special Assistant United States Attorney